JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERSIDE HEALTHCARE SYSTEM, L.P. dba RIVERSIDE COMMUNITY HOSPITAL,<br>Plaintiff,<br>v.<br>APEX MANAGEMENT GROUP I, INC. dba APEX MANAGEMENT GROUP; ANALYTIC ALTERNATIVE, LLC dba APEX MANAGEMENT GROUP; MULTIPLAN INC.; REGIONAL CARE, INC.; and DOES 1 through 10,<br>Defendants. | Case No. 5:24-cv-00273-MRA-DTB<br><br>**JUDGMENT** |

Having granted Defendants' Motions for Summary Judgment, finding all remaining claims preempted by the Employee Retirement Income Security Act of 1974, and having denied Plaintiff's Motion for Leave to Amend, it is hereby **ADJUDGED, ORDERED, AND DECREED** that judgment be and is entered in favor of Defendants and against Plaintiff on all claims.

IT IS SO ORDERED.

Dated: October 30, 2026

Monica R. Almadani

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE